UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CORY WISE,**

        **Plaintiff,**

**v.**                                     **Case No:  6:15-cv-1199-Orl-41DAB**

**BRAVO FOODS LLC,**

        **Defendant.**

                                            /

### ORDER

THIS CAUSE is before the Court on the parties' Third Amended Joint Motion for Approval of Settlement (Doc. 21). United States Magistrate Judge David A. Baker submitted a Report and Recommendation ("R&R," Doc. 22), in which he recommends that the motion be denied based on the settlement agreement's inclusion of a general release. *See Shearer v. Estep Constr., Inc.*, No. 6:14-cv-1658-Orl-41GJK, 2015 WL 2402450, at *3–4 (M.D. Fla. May 20, 2015).

After an independent *de novo* review of the record and noting that no objections were timely filed, the Court agrees with the findings of fact and conclusions of law in the R&R.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The parties' Third Amended Joint Motion for Approval of Settlement (Doc. 21) is **DENIED without prejudice**.

3. On or before **April 15, 2016**, the parties shall file an amended motion for settlement approval. Failure to do so may result in the dismissal of this case without prejudice.

**DONE** and **ORDERED** in Orlando, Florida on April 6, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record