UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**CORY WISE,**

       **Plaintiff,**

v.                                                                     **Case No: 6:15-cv-1199-Orl-41DAB**

**BRAVO FOODS LLC,**

       **Defendant.**

                                                        /

**ORDER**

THIS CAUSE is before the Court on the parties' Fourth Amended Joint Motion for Approval of Settlement (Doc. 28), which seeks judicial approval of the parties' FLSA settlement agreement. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353–55 (11th Cir. 1982). United States Magistrate Judge David A. Baker submitted a Report and Recommendation (the "R&R," Doc. 29), which recommends that this Court grant the motion and approve the parties' settlement agreement.

After an independent *de novo* review of the record and noting that no objections were timely filed, the Court agrees with the R&R, as modified in two respects. First, to the extent the settlement agreement purports to release "any and all claims which could have been raised, even if they are not known to or recognized by Mr. Wise at this time," (Settlement Agreement, Ex. 1 to Fourth Am. Mot., Doc. 28, at 1), it will not be approved. Second, the parties' request that the Court retain jurisdiction to enforce the settlement agreement will not be granted; the parties offer neither argument nor authority for doing so. *See* Fed. R. Civ. P. 7(b); M.D. Fla. R. 3.01(a).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 29) is **ADOPTED** and **CONFIRMED**, as modified by this Order.

2. The parties' Fourth Amended Joint Motion for Approval of Settlement (Doc. 28) is **GRANTED** to the extent set forth above.

3. The Complaint (Doc. 1) is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 4, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record